UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 5:21-mj-00052-1 JLT |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| JEREMIAH WALL, ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Mara G. Arevalo-Diaz is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to November 1, 2021, for the initial appearance only.

IT IS SO ORDERED.

Dated: __November 3, 2021__          _ /s/ Jennifer L. Thurston__
                                    CHIEF UNITED STATES MAGISTRATE JUDGE